# United States Bankruptcy Court

__Central__ District Of __California__

In re Studio City Partners, Inc., _____
               Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Michael J. Peter<br>3365 N. Federal Highway<br>Fort Lauderdale, FL 33306 | Michael J. Peter<br>3365 N. Federal Highway<br>Fort Lauderdale, FL 33306<br>(954) 564-2942 | Loans | | 2,500,000.00 |
| John Wisbach<br>c/o Paul P Young, Esq.<br>123 N. Lake Avenue 2nd Fl<br>Pasadena, CA 91101 | Paul P Young, Esq.<br>123 N. Lake Avenue 2nd Fl<br>Pasadena, CA 91101<br>626-744-1838 | Trade debt converted to default judgment | Disputed | 1,719,953.00 |
| Los Angeles DWP<br>111 N. Hope Street<br>Los Angeles, CA 90012 | Customer Service<br>PO Box 30808<br>Los Angeles, CA 90030<br>800-342-5397 | Utility | Subject to offset | 30,226.93 |
| Hsiao T. Chen & Hsiao S. Chen<br>c/o Crystal Ann Chin, Attorney in Fact<br>c/o Lewis Brisbois Bisgaard & Smith<br>Attn: Kimberly Hangfu<br>221 N. Figueroa St. Ste 1200<br>Los Angeles, CA 90012 | Kimberly A. Hangfu, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012 | Rent on real property | | 14,460.52 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | | |
|---|---|---|---|---:|
| California Franchise Tax Board<br>Bankruptcy, BE MS A345<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento CA 95812-2952 | Bankruptcy, BE MS A345<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento CA 95812-2952<br>916-845-4750 | Taxes | Unliquidated | 4,800.00 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279<br>800-400-7115 | Sales Taxes | Unliquidated | 4,585.82 |
| Angstrom Lighting<br>837 N. Cahuenga Blvd.<br>Hollywood, CA 90038 | Robert Lee<br>M. Leonard & Associates<br>14520 Erwin Street<br>Van Nuys, CA 91404<br>818-908-8500 x1516 | Trade debt | | 3,417.18 |
| Municipal Service Bureau<br>(City of Los Angeles)<br>P.O. Box 16755<br>Austin, TX 78761-6755 | Municipal Service Bureau<br>6505 Airport Blvd., Ste 100<br>Austin, TX 78752-3614<br>512-371-7143 | Inventory tax | | 1,725.24 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279<br>800-400-7115 | Employment taxes | | 1,644.89 |
| Custom Caterers<br>P.O. Box 501<br>San Fernando, CA 91341 | Richard<br>Custom Caterers<br>P.O. Box 501<br>San Fernando, CA 91341<br>661-713-4103 | Trade debt | | 1,580.00 |
| Express Valet Parking Inc.<br>13547 Ventura Blvd., #166<br>Sherman Oaks, CA 91423 | Express Valet Parking Inc.<br>13547 Ventura Blvd., #166<br>Sherman Oaks, CA 91423<br>818-990-9884 | Trade debt | | 1,250.00 |
| Law Offices of Robert Schibel<br>11111 Santa Monica Boulevard, Suite 1000<br>Los Angeles, CA 90025 | Law Offices of Robert Schibel<br>11111 Santa Monica Boulevard, Suite 1000<br>Los Angeles, CA 90025<br>(310) 473-6888 | Legal | | 1,250.00 |
| Tri-City Linen Supply Co.<br>P.O. Box 60430<br>Los Angeles, CA 90060 | Tri-City Linen Supply Co.<br>P.O. Box 60430<br>Los Angeles, CA 90060<br>951-276-2511 | Trade debt | | 1,240.89 |
| Bob Peters Fire Protection, Inc.<br>2642 East Spring Street<br>Long Beach, CA 90806 | David Martinez<br>Bob Peters Fire Protection, Inc.<br>2642 East Spring Street<br>Long Beach, CA 90806<br>562-424-8486 | Trade debt | | 519.32 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| Southern California Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | Southern California Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756<br>800-427-2200 | Utility | 408.44 |
| Young's Market Company, LLC<br>500 S. Central Avenue<br>Los Angeles, CA 90013 | Francine<br>Credit Analyst<br>Young's Market Company, LLC<br>500 S. Central Avenue<br>Los Angeles, CA 90013<br>213-629-5571 | Trade debt | 722.00 |
| Best Exhaust Maint. Svcs.<br>Accounts Receivable<br>P.O. Box 25671<br>Anaheim, CA 92825-5164 | Best Exhaust Maint. Svcs.<br>Accounts Receivable<br>P.O. Box 25671<br>Anaheim, CA 92825-5164<br>800-955-0017 | Trade debt | 492.50 |
| BA Merchant Services<br>1231 Durrett Lane<br>Louisville, KY 40213-2008 | S. Jackson<br>BA Merchant Services<br>1231 Durrett Lane<br>Louisville, KY 40213-2008<br>502-315-7705 | Trade debt | 471.26 |
| AT&T<br>Payment Center<br>Sacramento, CA 95887-001 | AT&T<br>Business Service<br>P.O. Box 78230<br>San Francisco, CA 94107<br>800-750-2355 | Utility | 343.61 |
| Athens Services<br>P.O. Box 60009<br>Industry, CA 91716-0009 | Athens Services<br>P.O. Box 60009<br>Industry, CA 91716-0009<br>888-336-6100 | Waste Services | 333.41 |

Date: June 8, 2010

_[signature]_
Debtor
James DeRentiis, President

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com